**BASCOM, BUDISH & CEMAN, S.C.**
*Attorneys at Law*
SUITE 1140
2600 NORTH MAYFAIR ROAD
WAUWATOSA, WI 53226

TIMOTHY A. BASCOM
JAMES G. BUDISH
RICHARD E. CEMAN, JR.
VALERIE R. JONAS
JACOB A. SOSNAY
CHRISTOPHER J. BEHRENS
JACLYN C. KALLIE
WILLIAM S. BAKER

TELEPHONE (414) 476-0800
FACSIMILE (414) 476-8545

**Writer's Direct No.: 414-774-8835**

October 19, 2012

Hon. Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

*Re:* **David S. Gronik, Jr., et al. v. Norman Balthasar, et al.
Case No. 10CV954**

Dear Judge Adelman:

      On or about September 13, 2012, the Balthasar Defendants served Time Warner Cable with a subpoena seeking records concerning Norman Balthasar's email account. Time Warner cable refused to comply with the subpoena absent an Order from the Court. I have attached its response to this letter for your reference. By this letter I request that you enter an Order compelling Time Warner Cable to respond to the subpoena. Also attached to this letter is a proposed Order to this effect. If the Order meets your approval, kindly execute it and file via the ECF System. (Note: I have also submitted a word document of the proposed Order to AdelmanPO@wied.uscourts.gov)

      Thank you for your anticipated cooperation. Should you have any questions, please contact me.

      Very truly yours,

      /s Jacob A. Sosnay

      Jacob A. Sosnay

JAS:ms

Enclosures
cc: Counsel of Record (Via ECF System)